UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:15-44731
Chapter 13
Hon: TUCKER

Whitney/michael & Kim
                Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
6 Parklane Blvd, Ste 665
Dearborn, MI 48126
(313) 914-5846

James Frego
23843 Joy Rd
Dearborn Heights, MI 48127
(313) 565-4252
_____/

**OBJECTION TO CONFIRMATION**

NOW COMES, Credit Union ONE, by and through its attorneys, The Leduc Group, and for its Objection to Confirmation of the Debtor's Chapter 13 Plan, states as follows:

1. That Debtors Chapter 13 Plan proposes to treat the 2009 GMC Sierra vehicle as a "cram down" claim in the amount of $4,500.00.

2. Debtor's testified at the First Meeting of Creditors that the vehicle is worth between $18,000-$20,000.

3. According to the NADA value, similar trucks with 45,000 miles on it are worth at least $18,500.

4. Debtor has failed to include treatment of the second loan with the Credit Union that is cross collateralized on the truck and is fully secured.

WHEREFORE, Credit Union ONE, requests this Court to deny the Debtor's confirmation of the Chapter 13 Plan.

Dated: May 12, 2015        By:    /S/ Christopher E. Frank
                                                  Christopher E. Frank (P67169)
                                                  cfrank@theleducgroup.com
                                                  Attorney for Creditor
                                                  6 Parklane Blvd, Ste 665
                                                  Dearborn, MI 48126
                                                  (313) 914-5846

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

                        Case No:15-44731
                        Chapter 13
                        Hon: TUCKER

Whitney/michael & Kim
                    Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
6 Parklane Blvd, Ste 665
Dearborn, MI 48126
(313) 914-5846

James Frego
23843 Joy Rd
Dearborn Heights, MI 48127
(313) 565-4252
_____/

**PROOF OF SERVICE**

      On the May 12, 2015, a copy of the Objections to confirmation of the Chapter 13 Plan ,and this Proof of Service were served electronically or by first class mail to the following:

Tammy Terry, Trustee

James Frego, Debtor Counsel

Whitney/michael & Kim
30 Manatee Ave
Hazel Park MI, 48030

                                      /s/ Christopher E. Frank_____
                                      Christopher E. Frank (P67169)
                                      cfrank@theleducgroup.com
                                      6 Parklane Blvd, Ste 665
                                      Dearborn, MI 48126
                                      (313) 914-5846